May Term,
1858.

LEGGET
v.
HARDING.

The judgment is affirmed with 5 per cent. damages and costs.

*R. Hill*, for the appellant.

*W. Herod* and *S. Stansifer*, for the appellee.

---

### SHIRKEY *v.* RUTHERFORD.

Friday,
June 18.

---

### LEGGET *v.* HARDING.

Friday,
June 18.

APPEAL from the *Shelby* Court of Common Pleas.

*Per Curiam.*—Suit upon a lease containing mutual obligations. Allegations of performance on the part of the

plaintiff, and breaches on that of the defendant.   Issues of
fact, judgment for the plaintiff.

But two questions are presented by the record.   The
first is upon an instruction, and is settled by the cases of
*Wood* v. *Commons*, 3 Ind. R. 418, and *Cory* v. *Silcox*, 6
*id.* 39.   The principle governing is this: that where an in-
struction is given narrower than the issues made by the
pleadings, and yet assuming to cover the whole question
in dispute, this Court will presume, the record not showing
the contrary, that the parties, on the trial, had limited their
controversy to the ground covered by the instruction; so
that, in its application to the case it was right, if asserting
no incorrect principle of law.

The other question is this:   The lease was for one year,
but did not, in the body of it, state when the year was to
commence.   It was dated on the 2d of *October*, 1854.   The
defendant proved that it was not actually signed till *Feb-
ruary*, 1855.   The plaintiff was then permitted to prove
that the contract was made and reduced to writing on the
2d of *October*, 1854; that the year was to commence at
that date; that possession of the mill was then given and
received; and that, by accident, or carelessness the agree-
ment was not actually signed till *February*, though it was
then signed with reference to its having taken effect on the
day of its date.   We think the Court did not err in per-
mitting the proof.   See Taylor's L. & T. p. 89; Chit. on
Bills 615.

The judgment is affirmed with 5 per cent. damages and
costs.

*W. J. Peaslee*, for the appellant.

*M. M. Ray*, for the appellee.